IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

*Motion GRANTED for extension to 10/29/2024.*

| | |
|---|---|
| RALPH NEWCOMB and JESSICA NEWCOMB, as next friends for B.N.; TODD MATHIS and LESLEY MATHIS, as next friends for H.M.; and JULIE WERNERT, as next friend for C.W.; <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAMSON COUNTY SCHOOL BOARD; STACEY EDMONSON, in her official capacity as District Attorney General for the 21st Judicial District of Tennessee; <br><br> Defendants. | Case No. 3:24-cv-00631 <br><br> District Judge Trauger |

## UNOPPOSED MOTION FOR EXTENSION

Defendant District Attorney General Stacey Edmonson respectfully moves under Fed. R. Civ. P. 6(b)(1) and Local Rule 6.01(a) for an extension of time up to and including October 29, 2024, to file her response to the Complaint. Counsel for Plaintiffs does not oppose this extension.

Plaintiffs served General Edmonson on August 12, 2024, making her response due on September 3, 2024, under Fed. R. Civ. P. 12(a)(1)(A)(i). After receiving notice of the Complaint, counsel for General Edmonson conferred with counsel for Plaintiffs about apparent deficiencies in an effort to reduce or eliminate unnecessary briefing in a motion to dismiss. On August 29, 2024, General Edmonson sought an unopposed extension to move her response