IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RALPH NEWCOMB, as next friend for B.N.; JESSICA NEWCOMB, as next friend for B.N.; TODO MATHIS, as next friend for H.M; LESLEY MATHIS, as next friend for H.M,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAMSON COUNTY SCHOOL BOARD OF EDUCATION and STACEY EDMONDSON, in her official capacity as District Attorney for the 21st Judicial District of Tennessee,<br><br>Defendants. | Case No. 3:24-cv-00631<br>Judge Aleta A. Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion to Dismiss (Doc. No. 24) filed by defendant Williamson County School Board of Education is **DENIED** in part—as to Count 1's claims related to B.N. and H.M.'s suspensions—and otherwise **GRANTED**.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge