IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| RALPH NEWCOMB and JESSICA NEWCOMB, as next friends for B.N.; TODD MATHIS and LESLEY MATHIS, as next friends for H.M.; and JULIE WERNERT, as next friend for C.W.; | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 3:24-cv-00631 |
| WILLIAMSON COUNTY SCHOOL BOARD; STACEY EDMONSON, in her official capacity as District Attorney General for the 21st Judicial District of Tennessee; | ) ) ) ) ) ) | District Judge Trauger |
| Defendants. | ) ) ) | |

## DISTRICT ATTORNEY GENERAL EDMONSON'S MOTION TO DISMISS

District Attorney General Stacey Edmonson, in her official capacity as District Attorney General for the 21st Judicial District of Tennessee, moves to dismiss the claims against her. As explained in the accompanying memorandum of law, this Court lacks jurisdiction over General Edmonson because she is entitled to sovereign immunity and because Plaintiffs' claims against her fail to raise a justiciable case or controversy. Furthermore, even if this Court had jurisdiction, Plaintiffs have failed to state a viable substantive due process claim. As a result, Plaintiffs' claims against General Edmonson should be dismissed.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

/s/ *David Wickenheiser*
DAVID WICKENHEISER (BPR# 040427)
MEGHAN MURPHY (BPR# 34061)
Assistant Attorneys General
Law Enforcement and
Special Prosecutions Division
Office of the Tennessee
Attorney General and Reporter
P.O. Box 20207
Nashville, Tennessee 37202-0207
Phone: (615) 532-7277
Fax: (615) 532-4892
David.Wickenheiser@ag.tn.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed and served via the Court's electronic filing system on this the 9th day of January 2025, upon:

Larry Lamont Crain
Emily A. Castro
Crain Law Group, PLLC
5214 Maryland Way
Suite 402
Brentwood, TN 37207
*Counsel for Plaintiffs*

Lisa M. Carson
Buerger, Moseley & Carson, PLC
4068 Rural Plains Circle
Suite 100
Franklin, TN 37064
*Counsel for Williamson County School Board*

/s/ *David Wickenheiser*
DAVID WICKENEISER