Motion GRANTED.
Extension to 2/28/2025.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | | |
|---|---|---|
| **RALPH NEWCOMB and JESSICA** | ) | |
| **NEWCOMB, as next friends for B.N.** | ) | |
| **and TODD MATHIS and LESLEY** | ) | |
| **MATHIS, as next friends for H.M.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:24-cv-00631** |
| | ) | |
| **WILLIAMSON COUNTY BOARD** | ) | **District Judge Trauger** |
| **OF EDUCATION; STACEY** | ) | |
| **EDMONSON, in her official capacity** | ) | |
| **as District Attorney General for the 21st** | ) | |
| **Judicial District of Tennessee;** | ) | |
| | ) | |
| **Defendants.** | ) | |

---

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION

---

Plaintiffs Ralph Newcomb, Jessica Newcomb, Todd Mathis and Lesley Mathis respectfully move under Fed. R. Civ. P. 6(b)(1) and Local Rule 6.01(a) for an extension of time up to and including February 28, 2025, to file their response to the Defendant Stacey Edmondson's Motion To Dismiss [Doc. 58]. Counsel for Defendant Edmondson has been consulted and does not oppose this extension.

Defendant Stacey Edmondson filed a Motion To Dismiss on January 9, 2025 ([Doc. 58], making the Plaintiffs' response due on January 23, 2025 (*see* Fed. R. Civ. P. 15(a)(3)). Plaintiffs request additional time to investigate and respond to the arguments contained in the Defendant's Motion To Dismiss; specifically, Plaintiffs need additional time to receive information relevant to Defendant's arguments which is necessary to effectively respond to the