> **Motion GRANTED.**
> **Extension to 12/5/2025.**
> *[Signature: Aleta A. Trauger]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| RALPH NEWCOMB and JESSICA NEWCOMB, as next friends for B.N.; TODD MATHIS and LESLEY MATHIS, as next friends for H.M., | ) ) ) ) ) |
| *Plaintiffs,* | ) Case No. 3:24-cv-00631 |
| | ) **District Judge Aleta A. Trauger** |
| vs | ) **Magistrate Judge Jeffery Frensley** |
| | ) |
| WILLIAMSON COUNTY BOARD OF EDUCATION, | ) ) ) |
| *Defendant.* | ) |

### DEFENDANT WILLIAMSON COUNTY BOARD OF EDUCATION'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A REPLY

Comes Defendant Williamson County Board of Education, hereinafter ("WCBOE") pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and moves this Honorable Court to allow it an extension of time to reply to Plaintiffs' Response to Defendant's Motion for Summary Judgment and Plaintiffs' Motion to Strike filed in this cause, (Doc. 86 and Doc. 94). In support of this Motion, WCBOE would state and show unto the Court as follows:

1. Counsel for WCBOE has a family vacation scheduled from November 21-November 29. Due to the extension Plaintiffs received for filing their response, WCBOE's reply is due on November 24, 2025. As a result, WCBOE's counsel requests a brief extension, to Friday, December 5, 2025, to file any reply brief and to respond to the Motion to Strike filed by Plaintiffs.